UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY SCHLOSSER | : | CIVIL NO. 3:20CV00433(SRU) |
| v. | : | |
| DENISE WALKER, ET AL | : | DECEMBER 2, 2020 |

**THE DEFENDANT'S OPPOSITION TO PLAINTFF'S MOTION FOR INSPECTION OF NEW HAVEN CORECTIONAL CENTER**

The defendants oppose plaintiff's Motion for Inspection, Doc. #33, in which he seeks a court ordered inspection of alleged hazardous conditions within New Haven Correctional Institution by an OSHA, (Occupational Safety and Health Administration), representative. There are several grounds for the denial of his motion.

First, the plaintiff lacks standing to obtain an inspection of various areas in New Haven Correctional Center, because he is not housed there, but at Cheshire Correctional Institution. Second, the alleged hazardous conditions that gave rise to his complaint occurred in December 2019, through February 2020, so an inspection a year later would not be of any relevance given the fluidity of the plaintiff's claims: toilets backed up, clogged drains, cleanliness under bunks, etc.

A third ground for the denial of his Motion is that the plaintiff is not a Department of Correction, ("DOC"), employee, but an inmate. The Occupational Safety and Health Administration, whom he seeks this Court to Order to conduct the premises inspection, is a federal agency that ensures safe and healthy working conditions for state employees, not living conditions for inmates. They also are not a party to this action.

A final ground for the denial of plaintiff's Motion is the risk of COVID-19 transmission to staff and the inmate population that could occur during a premises

inspection. The DOC has established highly restrictive facility visitor conditions, dictated by state and federal guidelines, to ensure the safety of staff and the inmate population. Any purported need for a premises inspection at NHCC is outweighed by the current health risk of the virus' transmission inside a correctional facility, especially where, as here, there is no imminent risk to the plaintiff's health and safety by not conducting an inspection.

   Accordingly, for the foregoing reasons, the plaintiff's Motion for an Inspection of various areas in New Haven Correctional Center, should be denied in its entirety, with prejudice.

DEFENDANTS
Denise Walker, Et Al

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ *Robert B. Fiske, III*
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17831
E-Mail: robert.fiske@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the Defendant's Opposition to Plaintiff's Motion to for Inspection, was filed electronically this, the 2nd day of December 2020. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail, postage prepaid to anyone unable to accept electronic filing. Parties may access this filing through the court's electronic filing system. A hard copy was also mailed, by first class postage pre-paid, to:

Mr. Jeffrey Schlosser, #269683
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

/s/ *Robert B. Fiske, III*
Robert B. Fiske, III
Assistant Attorney General